U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:23-CV-02078

THOMAS ARD

    Plaintiff,

v.

MIKHAIL SHAFRO

    Defendant.
_____/

### AFFIDAVIT OF ATTORNEY MIRELLIS CASTILLA

1. My name is Mirelis Castilla, Esq., and I submit this Affidavit in further support of Defendant's Response in Opposition to Plaintiff's Motion to Remand.

2. I am the attorney who was previously assigned to this case to defend Mr. Mickhail Shafro against a claim for negligence filed by Plaintiff, Thomas Ard. I have personal knowledge of the facts set forth in this Affidavit.

3. I have been admitted to practice in Florida since September 21, 2007 and am in good standing. My Florida Bar Number is 40831.

4. On June 5, 2023, prior to removing this matter to Federal Court, I had a telephone conference with Plaintiff's attorney Nick Smith, Esq. of the law firm Morgan & Morgan.

5. The purpose of this telephone conference was to determine if Plaintiff's damages were under $75,000 in order for this case to remain in State Court. Mr. Smith advised and assured me that Plaintiff's damages would definitely exceed $75,000. Mr. Smith stated that Plaintiff's expected future costs of care will result in Plaintiff's damages exceeding the $75,000 amount in

controversy threshold required for federal diversity jurisdiction. Based on our conversation and Mr. Smith's assurance, Defendant removed the case to Federal Court.

MIRELLIS CASTILLA, ESQ.
Florida Bar No.: 40831
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: _/s/ M.C._

SWORN TO AND SUBSCRIBED before me this 9 day of OCTOBER 2023 by _Mirellis Castilla_ who is personally known to me.

_____
Notary Public
Miami, Florida

_Yakelin Benitez_
Printed Name of Notary Public

My Commission expires: Feb 01 2025

YAKELIN BENITEZ
MY COMMISSION # HH86912
EXPIRES: February 01, 2025